# United States District Court
## Southern District of Georgia

JOHNNY DARNELL WATERS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-010

GEORGIA DEPARTMENT OF JUVENILE JUSTICE, ET AL.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 14, 2016, the Defendants' motion for summary judgment on all counts is GRANTED. Judgment is hereby ENTERED in favor of the Defendants and against the Plaintiff. This civil action stands CLOSED.



April 14, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk